AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

LARRY M. WATKINS,

                Plaintiff,

                v.

CHUM GAINES, AD SEG OFFICER SUNBERG,
CHRIS BOWMEN, RON KNIGHT,
JOHN CAMBELL and "CI" JOHN DOE.

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5120-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Motion, ECF No. 10, is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

December 16, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia